JONATHAN CARLSON, Nevada Bar No. 10536
jonathan.carlson@mccormickbarstow.com
MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH
8337 West Sunset Road, Suite 350
Las Vegas, NV 891113
Telephone: (702) 949-1100
Facsimile: (702) 949-1101

DOUGLAS A. SCULLION (*pro hac vice forthcoming*)
doug.scullion@dentons.com
ANNA S. YOUSSEFI (*pro hac vice forthcoming*)
anna.youssefi@dentons.com
DENTONS US LLP
One Market Plaza, Spear Tower, 24th Floor
San Francisco, California 94105
Telephone: (415) 267-4000
Facsimile: (415) 267 4198

ATTORNEYS FOR DEFENDANT
THE LINCOLN NATIONAL LIFE INSURANCE
COMPANY

UNITED STATES DISTRICT COURT FOR

DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH MARCUSE,<br><br>            Plaintiff,<br><br>      v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY AND GROUP LONG TERM DISABILITY INSURANCE FOR EMPLOYEES OF ACADIA HEALTHCARE COMPANY INC.<br><br>           Defendants. | Case No. 2:17-cv-02683-JCM-VCF<br><br>**STIPULATION TO DISMISS GROUP LONG TERM DISABILITY INSURANCE FOR EMPLOYEES OF ACADIA HEALTHCARE COMPANY INC.** |

Plaintiff Elizabeth Marcuse ("Plaintiff") and defendant The Lincoln National Life Insurance Company ("Lincoln") (together, the "Parties") hereby stipulate hereby stipulate to dismiss named defendant Group Long Term Disability Insurance For Employees of Acadia Healthcare Company Inc., an ERISA plan ("Plan"), without prejudice pursuant to Rule

DENTONS US LLP
ONE MARKET PLAZA , SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO , CALIFORNIA 94105
(415) 267-4000

1

Case No. 2:17-cv-02683-JCM-VCF        STIPULATION TO DISMISS LONG TERM
                                       DISABILITY PLAN

41(a)(1)(A)(ii).

This dismissal is based on the parties' agreement that: (1) this case is governed by the Employee Retirement Income Security Act of 1974, 29 U.S.C. Section 1010 et seq.; (2) the long term disability plan at issue in this case is fully insured by a group long term disability insurance policy issued by Lincoln (the "Policy"); (3) Lincoln is responsible for payment of all sums that may be due to Plaintiff under the Policy; (4) Lincoln will pay all sums, if any, that this Court finds to be due under the Policy to Plaintiff arising from the allegations set forth in the Complaint, with interest and including any award of attorneys' fees and/or costs; and (5) Lincoln will not assert failure to name the Plan as a defense to Plaintiff's claim for LTD benefits in this matter.

The parties therefore respectfully ask the Court to dismiss defendant Group Long Term Disability Insurance For Employees of Acadia Healthcare Company Inc., without prejudice, with the Parties to bear their own attorneys' fees and costs directly related to the instant Stipulation and Dismissal of the Plan.  Lincoln shall remain the only named defendant in this case.

IT IS SO STIPULATED.

Dated:  December 5, 2017

MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH

By:  /s/ *Jonathan Carlson*
Jonathan Carlson, Esq.
Nevada Bar No.: 10536
8337 W. Sunset Rd., Ste. 350
Las Vegas, NV 89113
(702) 949-1100
Attorneys for Defendant THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

DENTONS US LLP
ONE MARKET PLAZA , SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO , CALIFORNIA 94105
(415) 267-4000

DENTONS US LLP
ONE MARKET PLAZA , SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO , CALIFORNIA 94105
(415) 267-4000

Dated: December 5, 2017

LAW OFFICE OF JULIE A. MERSCH

By: /s/ *Julie A. Mersch*
    Julie A. Mersch, Esq.
    Nevada Bar No.: 004695
    701 S. 7th Street
    Las Vegas, NV 89101
    Attorneys for Plaintiff ELIZABETH
    MARCUSE

**IT IS SO ORDERED:**

_____

UNITED STATES DISTRICT JUDGE OR
UNITED STATES MAGISTRATE JUDGE

DATED: _____

105754971

3
Case No. 2:17-cv-02683-JCM-VCF

STIPULATION TO DISMISS LONG TERM
DISABILITY PLAN