1   JONATHAN CARLSON, Nevada Bar No. 10536
    jonathan.carlson@mccormickbarstow.com
2   MCCORMICK, BARSTOW, SHEPPARD,
    WAYTE & CARRUTH
3   8337 West Sunset Road, Suite 350
    Las Vegas, NV 891113
4   Telephone:  (702) 949-1100
    Facsimile:  (702) 949-1101
5
6   DOUGLAS A. SCULLION (*pro hac vice forthcoming*)
    doug.scullion@dentons.com
7   ANNA S. YOUSSEFI (*pro hac vice forthcoming*)
    anna.youssefi@dentons.com
8   DENTONS US LLP
    One Market Plaza, Spear Tower, 24th Floor
9   San Francisco, California  94105
    Telephone:  (415) 267-4000
10  Facsimile:  (415) 267 4198

11  ATTORNEYS FOR DEFENDANT
    THE LINCOLN NATIONAL LIFE INSURANCE
12  COMPANY

13

14

15

16

17

18              UNITED STATES DISTRICT COURT

19                  DISTRICT OF NEVADA

20
    ELIZABETH MARCUSE,                    Case No. 2:17-cv-02683-JCM-VCF
21
                 Plaintiff,               **STIPULATION AND ORDER TO
22                                        EXTEND DEADLINE TO RESPOND
         v.                               TO COMPLAINT**
23
    THE LINCOLN NATIONAL LIFE             **(First Request)**
24  INSURANCE COMPANY AND GROUP
    LONG TERM DISABILITY INSURANCE        **Current Response Date:  12-1-2017**
25  FOR EMPLOYEES OF ACADIA
    HEALTHCARE COMPANY, INC.,             **New Response Date:  12-15-2017**
26
                 Defendants.
27

28

    CASE NO:  2:17-cv-02683-JCM-VCF                STIPULATION AND ORDER TO
                                    - 1 -         EXTEND DEADLINE TO RESPOND
                                                            TO COMPLAINT

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000

1  Pursuant to Local Rule IA 6-1, Plaintiff Elizabeth Marcuse and defendant The Lincoln

2  National Life Insurance Company ("Lincoln") (together, the "Parties") hereby stipulate as

3  follows:

4  WHEREAS, Plaintiff filed an initial Complaint in this case on October 18, 2017;

5  WHEREAS, Plaintiff served the Nevada Commissioner of Insurance with the Complaint

6  on October 24, 2017.  The Nevada Commissioner of Insurance served Lincoln with the

7  Complaint on October 31, 2017;

8  WHEREAS, Lincoln has requested and Plaintiff has agreed to extend Lincoln's deadline

9  to respond to the Complaint from December 1, 2017 to December 15, 2017;

10  WHEREAS, this is the first stipulation for an extension of time to respond to the

11  Complaint;

12  IT IS HEREBY STIPULATED AND AGREED, and the Parties request that Lincoln may

13  file its responsive pleading in this matter no later than December 15, 2017.

14  IT IS SO STIPULATED.

15  Dated:  December 5, 2017                    MCCORMICK, BARSTOW, SHEPPARD,
                                              WAYTE & CARRUTH
16

17

18                                            By:  _/s/  *Jonathan Carlson*_
                                                  Jonathan Carlson, Esq.
19                                                Nevada Bar No.: 10536
                                                  8337 W. Sunset Rd., Ste. 350
20                                                Las Vegas, NV 89113
                                                  (702) 949-1100
21                                                Attorneys for Defendant THE LINCOLN
                                                  NATIONAL LIFE INSURANCE
22                                                COMPANY

23

24

25

26

27

28

Dated: December 5, 2017

LAW OFFICE OF JULIE A. MERSCH

By: /s/ *Julie A. Mersch*
Julie A. Mersch, Esq.
Nevada Bar No.: 004695
701 S. 7th Street
Las Vegas, NV 89101
Attorneys for Plaintiff ELIZABETH
MARCUSE

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED: 12-5-2017

105782664

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000