1  JONATHAN CARLSON, Nevada Bar No. 10536
   jonathan.carlson@mccormickbarstow.com
2  MCCORMICK, BARSTOW, SHEPPARD,
   WAYTE & CARRUTH
3  8337 West Sunset Road, Suite 350
   Las Vegas, NV 891113
4  Telephone:  (702) 949-1100
   Facsimile:  (702) 949-1101
5
   DOUGLAS A. SCULLION (*pro hac vice forthcoming*)
6  doug.scullion@dentons.com
   ANNA S. YOUSSEFI (*pro hac vice forthcoming*)
7  anna.youssefi@dentons.com
   DENTONS US LLP
8  One Market Plaza, Spear Tower, 24th Floor
   San Francisco, California  94105
9  Telephone: (415) 267-4000
   Facsimile: (415) 267 4198
10
   ATTORNEYS FOR DEFENDANT
11 THE LINCOLN NATIONAL LIFE INSURANCE
   COMPANY

12

13

14

15

16

17

18                        UNITED STATES DISTRICT COURT

19                            DISTRICT OF NEVADA

20

21  ELIZABETH MARCUSE,                   Case No. 2:17-cv-02683-JCM-VCF

            Plaintiff,                   **STIPULATION AND ORDER TO**
22                                       **EXTEND DEADLINE TO RESPOND**
       v.                                **TO COMPLAINT**
23
    THE LINCOLN NATIONAL LIFE            **(Second Request)**
24  INSURANCE COMPANY AND GROUP
    LONG TERM DISABILITY INSURANCE       **Original Response Date:  12-1-2017**
25  FOR EMPLOYEES OF ACADIA
    HEALTHCARE COMPANY, INC.,            **Current Response Date:  12-15-2017**
26
            Defendants.                  **New Response Date:  12-20-2017**
27

28

DENTONS US LLP
ONE MARKET PLAZA , SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO , CALIFORNIA 94105
(415) 267-4000

CASE NO:  2:17-cv-02683-JCM-VCF                    STIPULATION AND ORDER TO
                              - 1 -          EXTEND DEADLINE TO RESPOND
                                                      TO COMPLAINT

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000

1    Pursuant to Local Rule IA 6-1, Plaintiff Elizabeth Marcuse and defendant The Lincoln

2    National Life Insurance Company ("Lincoln") (together, the "Parties") hereby stipulate as

3    follows:

4    WHEREAS, Plaintiff filed an initial Complaint in this case on October 18, 2017;

5    WHEREAS, Plaintiff served the Nevada Commissioner of Insurance with the Complaint

6    on October 24, 2017.  The Nevada Commissioner of Insurance served Lincoln with the

7    Complaint on October 31, 2017;

8    WHEREAS, Lincoln requested and Plaintiff agreed to extend Lincoln's deadline to

9    respond to the Complaint from December 1, 2017 to December 15, 2017;

10   WHEREAS, Lincoln requested and Plaintiff agreed to further extend Lincoln's deadline to

11   respond to the Complaint for an additional three days to December 20, 2017;

12   WHEREAS, this is the second stipulation for an extension of time to respond to the

13   Complaint;

14   IT IS HEREBY STIPULATED AND AGREED, and the Parties request that Lincoln may

15   file its responsive pleading in this matter no later than December 20, 2017.

16   IT IS SO STIPULATED.

17   Dated:  December 15, 2017          MCCORMICK, BARSTOW, SHEPPARD,
                                        WAYTE & CARRUTH
18

19

20                                      By:  /s/  *Jonathan Carlson*
                                            Jonathan Carlson, Esq.
21                                          Nevada Bar No.: 10536
                                            8337 W. Sunset Rd., Ste. 350
22                                          Las Vegas, NV 89113
                                            (702) 949-1100
23                                          Attorneys for Defendant THE LINCOLN
                                            NATIONAL LIFE INSURANCE
24                                          COMPANY

25

26

27

28

CASE NO. 2:17-cv-02683-JCM-VCF                    STIPULATION AND ORDER TO
                                 - 2 -            EXTEND DEADLINE TO RESPOND
                                                           TO COMPLAINT

Dated: December 15, 2017                    LAW OFFICE OF JULIE A. MERSCH

1

2

3                                          By: /s/  *Julie A. Mersch*
                                               Julie A. Mersch, Esq.
4                                              Nevada Bar No.: 004695
                                               701 S. 7th Street
5                                              Las Vegas, NV 89101
                                               Attorneys for Plaintiff ELIZABETH
6                                              MARCUSE

7

8    **IT IS SO ORDERED:**

9

10   _____

11   UNITED STATES MAGISTRATE JUDGE

12   DATED: _____12-19-2017_____

13

14   106004915

DENTONS US LLP
ONE MARKET PLAZA , SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO , CALIFORNIA 94105
(415) 267-4000

CASE NO. 2:17-cv-02683-JCM-VCF                    STIPULATION AND ORDER TO
                                        - 3 -    EXTEND DEADLINE TO RESPOND
                                                        TO COMPLAINT