Georlen Spangler, Esq.
Nevada Bar No. 3818
LAW OFFICE OF GEORLEN K. SPANGLER
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830
E-Mail: spanglerlaw@outlook.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH MARCUSE, | |
| Plaintiff, | Case No. 2:17-CV-02683-JCM-VCF |
| v. | |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, | **SUBSTITUTION OF ATTORNEYS** |
| Defendant. | |

Defendant The Lincoln National Life Insurance Company ("Lincoln") files this

Substitution of Counsel and designates and substitutes Georlen K. Spangler of the Law Offices of

Georlen K. Spangler, 2620 Regatta Drive, Suite 102, Las Vegas, Nevada 89128, as counsel for

Lincoln in place of Douglas A. Scullion of Denton US LLP and Jonathan W. Carlson of

McCormick, Barstow, Sheppard, Wayte & Carruth, LLP.

Dated this 19th day of September 2018.

THE LINCOLN NATIONAL LIFE INSURANCE
COMPANY


By: */s/ Charles D. Cunningham, Jr.* _____
Charles D. Cunningham, Jr.
Vice President, Associate General Counsel
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114
(402) 361-7470

I hereby consent to the above and foregoing substitution.

Dated this 19th day of September 2018.

<div style="margin-left: 40%;">

MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH

By: /s/ *Jonathan Carlson*
Jonathan Carlson, Esq.
Nevada Bar No.: 10536
8337 W. Sunset Rd., Ste. 350
Las Vegas, NV 89113
(702) 949-1100
(702) 949-1101
Email: jonathan.carlson@mccormickbarstow.com

And

DENTONS US LLP

By: */s/ Kelly D. Fair (on behalf of retired attorney)*
Douglas A. Scullion, Esq.
Previously with:
DENTONS US LLP
One Market Plaza, Spear Tower, 24th Floor
San Francisco, CA 94105
Telephone: (415) 267-4000
Facsimile: (415) 267 4198

</div>

I hereby accept the above and foregoing substitution as attorney for Defendant.

Dated this ___ day of September 2018.

<div style="margin-left: 40%;">

LAW OFFICE OF GEORLEN K. SPANGLER

By: */s/ Georlen Spangler*
Georlen Spangler, Esq.
Nevada Bar No. 3818
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone: 702.381.5830
E-Mail: spanglerlaw@outlook.com

*Attorneys for Defendant*

</div>

ECF No. 19 is identical to this substitution. The Clerk of Court is directed to terminate ECF No. 19.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: _____9-24-2018_____

-2-

**CERTIFICATE OF SERVICE**

Pursuant to Special Order #109, the following counsel of record registered for the CM/ECF system have been served with the foregoing **SUBSTITUTION OF COUNSEL** by electronic means:

*Attorneys for Plaintiff*
Julie A. Mersch, Esq.
Email: jam@merschlaw.com

Andrew Michael Kantor
Email: akantor@kantorlaw.com

Dated this 19th day of September 2018.

_/s/ *Georlen K. Spangler*_
Georlen K. Spangler