Julie A. Mersch
Nevada Bar No. 004695
LAW OFFICE OF JULIE A. MERSCH
1100 E. Bridger Ave.
Las Vegas, NV 89101
(702) 387-5868
Fax (702) 387-0109
jam@merschlaw.com

Andrew M. Kantor *(appearing pro hac vice)*
California Bar No. 303093
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272
akantor@kantorlaw.net

*Attorneys for Plaintiff Elizabeth Marcuse*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELIZABETH MARCUSE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY AND GROUP LONG TERM DISABILITY INSURANCE FOR EMPLOYEES OF ACADIA HEALTHCARE COMPANY, INC.,<br><br>　　　　　　Defendants. | CASE NO.: 2:17-cv-02683-JCM-VCF<br><br>**STIPULATION AND JOINT MOTION FOR STAY** |

Come now the parties and, after conference of counsel, jointly request that the Court stay this matter. In support hereof, the parties show the Court as follows:

　　1.　　This is a suit for long term disability ("LTD") benefits under an ERISA-governed employee benefit plan pursuant to 29 U.S.C. §1132(a)(1)(B).

　　2.　　During the pendency of this action, the parties have discussed options for potential settlement. However, counsel for the parties has come to the conclusion that this

matter is currently impossible to resolve pending the result of plaintiff's Social Security Disability Insurance ("SSDI") appeal.

3. Under the terms of Ms. Marcuse's policy, if she qualifies under the definition of disability under the terms of the policy, she is entitled to receive a percentage of her monthly salary for as long as she remains eligible under the policy.

4. The policy also allows for that benefit amount to be reduced upon plaintiff's receipt of any other disability-related income; limited to but not including Social Security Disability benefits, as well as Social Security Disability Dependent benefits (a 50% "bonus" paid to individuals eligible for SSDI who have children under 18, or disabled adult children).

5. Counsel for the parties agree that if Ms. Marcuse receives SSDI, the amount of benefits in dispute reflects a fraction of the value of the total benefits in dispute if she were to not receive SSDI benefits.

6. The parties cannot resolve this matter without knowing how much money is actually in dispute, considering the extreme discrepancy between the two possible valuations.

7. Specifically, Defendants will not consider the possibility of engaging in settlement talks based on the higher evaluation, as its exposure could constitute only a fraction of that amount, and it has no reason to resolve the dispute if even a negative outcome during litigation would not cost Defendant as much as a potential settlement would in light of the higher valuation.

8. Conversely, Plaintiff cannot consider settling based on the lower valuation, as if she remains permanently disabled and is not awarded SSDI, but settles based on a valuation which assumes SSDI, she will waive away her rights to hundreds of thousands of dollars in potential LTD benefits, and be left without any source of income for the remainder of her life. Plaintiff cannot risk being placed in this devastating financial position.

9. Counsel for the parties have agreed to postpone Defendant's discovery response due dates pending resolution of the SSDI matter, and have not yet lodged the joint

administrative record.

10. Given the unpredictable timeline in which the final SSDI determination will be made, the parties request a temporary stay of 180 days pending the decision. If the decision is issued and the parties are able to resolve the matter within 180 days, the parties will submit a joint request for dismissal of this action.

DATED: April 8, 2019　　　LAW OFFICE OF JULIE A. MERSCH

By:   /s/ Julie A. Mersch
Julie A. Mersch, Esq.
jam@merschlaw.com
Nevada Bar No. 004695
1100 E. Bridger Ave.
Las Vegas, NV 89101

Andrew M. Kantor, Esq.
akantor@kantorlaw.net
California Bar No.: 303093
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
*Attorneys for Plaintiff ELIZABETH MARCUSE*

DATED: April 8, 2019　　　LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By:   /s/ Iwana Rademaekers
Iwana Rademaekers
iwana@rademaekerslaw.com
Texas Bar No.: 22781
14785 Preston Road, Suite 550
Dallas, TX 75254
*Attorneys for Defendant LINCOLN*

**IT IS SO ORDERED:**

Dated this  8th  day of  April , 2019.

_____
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that a status hearing is scheduled for 1:00 PM, November 1, 2019, in Courtroom 3D.