# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ELIZABETH MARCUSE, | |
| Plaintiff, | 2:17-cv-02683-JCM-VCF |
| vs. | **ORDER** |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY AND GROUP LONG TERM DISABILITY INSURANCE FOR EMPLOYEES OF ACADIA HEALTHCARE COMPANY, INC., | |
| Defendants. | |

Due to the evolving health crisis in the community regarding COVID-19, and consistent with the recommendations of the CDC to ensure the safety of the community through social distancing, IT IS HEREBY ORDERED that the status hearing scheduled for May 6, 2020, is VACATED and RESCHEDULED as a telephonic status hearing for 11:00 AM, May 5, 2020.

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. To improve sound quality, the parties should use a land line, at all possible. The use of a speaker phone during the proceedings is prohibited.

DATED this 2nd day of April, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE