**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

ELIZABETH MARCUSE,

        Plaintiff(s),

v.

LINCOLN NATIONAL LIFE INSURANCE COMPANY,

        Defendant(s).

2:17-CV-02683-JCM-VCF

**ORDER**

Before me is the joint notice of settlement (ECF No. 45).

Accordingly, and good cause appearing,

I ORDER that the status hearing scheduled for May 13, 2022, is VACATED.

I FURTHER ORDER that the parties must file a proposed stipulation and order for dismissal on or before June 10, 2022.

DATED this 11th day of May 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE