Georlen Spangler, Esq.
Nevada Bar No. 3818
LAW OFFICE OF GEORLEN K. SPANGLER
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone:  702.381.5830
E-Mail:  spanglerlaw@outlook.com
*Attorneys for Defendant*

***Admitted Pro Hac Vice***
Iwana Rademaekers, TX Bar No. 16452560
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main:  (214) 579-9319
Fax:  (469) 444-6456
Email:  iwana@rademaekerslaw.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH MARCUSE,<br><br>        Plaintiff,<br><br>v.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>        Defendant. | Case No. 2:17-CV-02683-JCM-VCF<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL** |

   Plaintiff, Elizabeth Marcuse (hereinafter "Plaintiff") and Defendant Lincoln National Life Insurance Company (hereinafter "Defendant") file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

   1.      Plaintiff and Defendant no longer desire to litigate this action.

   2.      Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

1

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

DATED this 7th day of June 2022.

KANTOR & KANTOR, LLP

_/s/ Andrew M. Kantor_
Andrew M. Kantor , CA Bar No. 303093
***Admitted Pro Hac Vice***
19839 Nordhoff Street
Northridge, CA 91324
PH:  (818) 886-2525
Email: akantor@kantorlaw.net

LAW OFFICE OF JULIE A. MERSCH

Julie Mersch A.
Julie A. Mersch, Nevada Bar No. 4695
701 S. 7th Street
Las Vegas, NV 89101
Ph:  (702) 387-5868
Email:  jam@merschlaw.com

*Attorneys for Plaintiff*

LAW OFFICES OF IWANA
RADEMAEKERS, P.C.

_/s/ Iwana Rademaekers_
Iwana Rademaekers, TX Bar No. 16452560
***Admitted Pro Hac Vice***
17304 Preston Rd, Suite 800
Dallas, Texas 75252

LAW OFFICE OF GEORLEN K.
SPANGLER

_/s/ Georlen Spangler_
Georlen Spangler, Nevada Bar No. 3818
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Phone:  702.381.5830

*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED  June 10, 2022.

_____
UNITED STATES DISTRICT JUDGE

2